In the Matter of the Application of Rocco Louis Lapetina for Admission to the Bar.— Application granted. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

In the Matter of the Estate of Honora O'Brien, Deceased.— Motion denied, with ten dollars costs. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

In the Matter of the Application of Howard L. Phillips for Admission to the Bar.— Application granted. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Thomas D. Jones, Respondent, v. New York Contracting Company, Pennsylvania Terminal, Appellant.— Motion for a stay pending appeal denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Samuel Lieberman, Respondent, v. Joseph Solomonson, Appellant.— Motion granted to the extent of permitting each party to file affidavits on the question of the non-payment of costs. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

William A. Lyon and Another, Respondents, v. Edward I. Townsend and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Frank Messina, Sometimes Known as Frank De Cola, Respondent, v. The United States Mortgage and Trust Company, as Receiver of the Brooklyn Wharf and Warehouse Company, Appellant.— Motion granted. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Walter A. Roden, Respondent, v. Co-operative Building Bank, Appellant.— Motion denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Meyer Rubin and Joseph Gold, Respondents, v. George H. Toop, Appellant.— Motion denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Frank F. Sammis, Respondent, v. New York City Railway Company, Appellant.— Motion to dismiss appeal granted, with costs, unless the appellant pay the respondent ten dollars costs in five days and place the case upon the next calendar of this court for argument. On compliance with these conditions motion